IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DENESE WOOD and RICHARD WOOD :
                                                          :        CIVIL ACTION NO.  02-4252
                               Plaintiffs,             :
                                                          :
          v.                                             :
                                                          :
BAYER CORPORATION;                        :        ENTRY OF APPEARANCE
BAYER AG;                                           :
GLAXOSMITHKLINE, PLC;                  :
GLAXOSMITHKLINE;                           :
SMITHKLINE BEECHAM                     :
                                                          :
                               Defendants.            :

## ENTRY OF APPEARANCE

To the Clerk of the Court:

Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin

Brennan and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a

GlaxoSmithKline.

Respectfully Submitted,


_____          _____
Hope S. Freiwald                                          Aline Fairweather



_____          _____
Erin Brennan                                                 Kirstin J. Miller



                                                                   DECHERT PRICE & RHOADS
                                                                   4000 Bell Atlantic Tower
                                                                   1717 Arch Street
                                                                   Philadelphia, PA  19103-2793
                                                                   (215) 994-4000

**854098**.**18**.**01** 10/18/02 9:02 AM